AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**TIMOTHY T. STEWART**

**CRIMINAL COMPLAINT**

CASE NUMBER:

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about   **SEPTEMBER 19, 2007**   in   **WASHINGTON**   county, in the _____ District of   **COLUMBIA**   defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title   **21**   United States Code, Section(s)   **841(a)(1)**  .

I further state that I am   **DETECTIVE KEVIN COPELAND**  , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE KEVIN COPELAND**
**MAJOR NARCOTICS BRANCH, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                                                                       City and State

_____        _____
Name & Title of Judicial Officer                                            Signature of Judicial Officer

## **STATEMENT OF FACTS**

      On September 19, 2007, a sworn officer with the Metropolitan Police Department, working in an undercover capacity, had a series of recorded phone conversations with the defendant, Timothy Stewart, regarding the undercover "UC" purchasing a quantity of crack cocaine from the defendant. The UC arranged to meet the defendant at the Subway sandwich shop, at the Hechinger Mall shopping center located by the 1500 block of Benning Road, N.E., Washington, D.C. The UC agreed to give the defendant $2,200.00 in exchange for 62 grams of crack cocaine. The UC went to the above location and saw the defendant in the front passenger seat of a vehicle. After seeing the UC, the defendant called the UC and they agreed to meet by the Modells located in the Hechinger Mall. The defendant walked over and got into the UC's vehicle. Once inside of the vehicle, the defendant reached into his left front pants pocket, removed two tied pieces of plastic containing a rock-like substance, and handed it to the UC. The UC gave the defendant $2,200.00 of MPD funds, which the UC had in a white plastic bag. The defendant got out of the UC's vehicle and went into the Radio Shack electronics store. As the defendant walked out of the store, officers attempted to place him under arrest. The defendant threw the white plastic bag containing the money, on the ground and ran. Officers recovered the white plastic bag, and the defendant was stopped after a brief foot chase. The defendant was positive identified by detectives that had observed portions of the transaction, at which time officers placed him under arrest. A portion of the rock-like substance field tested positive for cocaine. The approximate weight of the suspected crack cocaine was 64 grams.

                DETECTIVE KEVIN COPELAND
                NARCOTICS & SPECIAL INVESTIGATION DIVISION

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF SEPTEMBER, 2007.

                U.S. MAGISTRATE JUDGE